No. 590. GORDON CAMPBELL *v.* UNITED STATES. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Messrs. Eugene C. Campbell* and *James E. Fenton* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. John S. Pratt* for the United States.